Charles F.A. Carbone, Esq. (CA SBN 206536)
Law Office of Charles Carbone
P.O. Box 2809
San Francisco, California 94126
Telephone: (415) 981-9773
Facsimile: (415) 981-9774
charles@charlescarbone.com
www.prisonerattorney.com

Attorney for Petitioner
DEANGELEO ANTIONE HUGHES

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

# SACRAMENTO DIVISION

| | |
|---|---|
| DEANGELEO ANTIONE HUGHES,<br><br>    Petitioner,<br><br>    v.<br><br>JAMES WALKER Warden,<br><br>    Respondent. | CASE No. CIV- 10-3024 WBS GGH P<br><br>**ORDER GRANTING REMOVAL OF COUNSEL** |

GOOD CAUSE HAVING BEEN SHOWN, attorney Charles Carbone has been discharged as attorney of record as per the previously filed Notice dated March 29, 2011 and Petitioner Hughes' request.

IT IS SO ORDERED.

Dated: April 7, 2011          /s/ Gregory G.Hollows
                              MAGISTRATE JUDGE

Hugh3024.ord

1