1

2

3

4

5

6

7

8                          IN THE UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11
    **DEANGELEO ANTIONE HUGHES,**          Case No. 2:10-cv-3024 WBS GGH P
12
                              Petitioner,   ORDER
13
14                  **v.**

15  **JAMES WALKER, Warden,**

16                             Respondent.

17

18        GOOD CAUSE APPEARING, it is hereby ordered that the time within which petitioner is

19  to file a motion for reconsideration[1] of the order denying evidentiary hearing is extended to

20  February 4, 2015.

21  Dated: December 29, 2014

22                          /s/ Gregory G. Hollows

23                      UNITED STATES MAGISTRATE JUDGE

24

25  GGH:076/Hugh3024.eot3

26  ───────────────
        [1]   Petitioner styles his request as one for an extension in which to file objections;
27  however, since the ruling was by order, the proper procedure to object is by a motion for
    reconsideration.  See E. D. Local Rules 230(j) (standards and procedure); 303(c) (reconsideration
28  by a district judge).

                                       1